UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WILLIAM RUDD,                         )
                         Plaintiff,          )
                                             )       No. 1:20-cv-27
-v-                                          )
                                             )       Honorable Paul L. Maloney
GREGORY C. PITTMAN,                          )
                         Defendant.          )
_____     )

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 16, 2021                              /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge